**E-filed 10/13/06**

1  JOSEPH W. COTCHETT (# 36324)
   jcotchett@cpsmlaw.com
2  BRUCE L. SIMON (#96241)
   bsimon@cpsmlaw.com
3  PHILIP L. GREGORY (#95217)
   pgregory@cpsmlaw.com
4  MARK C. MOLUMPHY (#168009)
   mmolumphy@cpsmlaw.com
5  ESTHER L. KLISURA (#221171)
   eklisura@cpsmlaw.com
6  **COTCHETT, PITRE, SIMON & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
8  Telephone: (650) 697-6000
   Facsimile: (650) 692-3606
9
   Attorneys for Plaintiff Kelley Bergman
10 Derivatively on Behalf of Apple Computer, Inc.

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15 NICHOLAS KARANT, et al.,                  )   Case No. C-06-04128-JF
   Derivatively on Behalf of Nominal Defendant )
16 APPLE COMPUTER, INC.,                      )   STIPULATION AND [PROPOSED]
                                              )   ORDER (1) CONSOLIDATING
17             Plaintiff,                     )   CASES, (2) SETTING SCHEDULE
                                              )   FOR CONSOLIDATED
18     vs.                                    )   COMPLAINT, AND (3)
                                              )   CONTINUING INITIAL CASE
19 STEVEN P. JOBS, et al.,                    )   MANAGEMENT CONFERENCE
                                              )
20             Defendants,                    )
                                              )
21     -and-                                  )
                                              )
22 APPLE COMPUTER, INC.,                      )
                                              )
23             Nominal Defendant.             )
   _____)
24
   [Caption continued on following page]
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

1   DOUGLAS HOLBERT, Derivatively on )          No. C-06-04454-JF
    Behalf of APPLE COMPUTER, INC.,   )
2                                     )
                   Plaintiff,         )
3                                     )
          vs.                         )
4                                     )
    FRED D. ANDERSON, et al.,         )
5                                     )
                   Defendants,        )
6                                     )
          -and-                       )
7                                     )
    APPLE COMPUTER, INC.,             )
8                                     )
                   Nominal Defendant. )
9   _____  )
    PIRELLI ARMSTRONG TIRE            )          No. C-06-04493-JF
10  CORPORATION RETIREE MEDICAL       )
    BENEFITS TRUST, Derivatively on Behalf of )
11  APPLE COMPUTER, INC.,             )
                                      )
12                 Plaintiff,         )
                                      )
13        vs.                         )
                                      )
14  FRED D. ANDERSON, et al.          )
                                      )
15                 Defendants,        )
                                      )
16        -and-                       )
                                      )
17  APPLE COMPUTER, INC.,             )
                                      )
18                 Nominal Defendant. )
    _____  )
19  JEFFREY ALECCI, Derivatively on Behalf of )  No. C-06-04649-JF
    APPLE COMPUTER, INC.,             )
20                                    )
                   Plaintiff,         )
21                                    )
          vs.                         )
22                                    )
    FRED D. ANDERSON, et al.,         )
23                                    )
                   Defendant,         )
24                                    )
          -and-                       )
25                                    )
    APPLE COMPUTER, INC.,             )
26                                    )
                   Nominal Defendant. )
27  _____  )

28

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | MICHAEL PRIEBE and CYNTHIA PRIEBE, | ) No. C-06-04703-JF |
| 2 | Plaintiff, | ) |
| 3 | vs. | ) |
| 4 | STEVEN P. JOBS, et al., | ) |
| 5 | Defendants, | ) |
| 6 | -and- | ) |
| 7 | APPLE COMPUTER, INC., | ) |
| 8 | Nominal Defendant. | ) |
| 9 | PHYLLIS JONES, | ) No. C-06-05035-JF |
| 10 | Plaintiff, | ) |
| 11 | vs. | ) |
| 12 | FRED D. ANDERSON, et al., | ) |
| 13 | Defendants, | ) |
| 14 | -and- | ) |
| 15 | APPLE COMPUTER, INC., | ) |
| 16 | Nominal Defendant. | ) |
| 17 | ISABEL LUI, | ) No. C-06-05246-JF |
| 18 | Plaintiff, | ) |
| 19 | vs. | ) |
| 20 | STEVEN P. JOBS, et al., | ) |
| 21 | Defendant, | ) |
| 22 | -and- | ) |
| 23 | APPLE COMPUTER, INC., | ) |
| 24 | Nominal Defendant. | ) |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

1   KELLEY BERGMAN, Derivatively on Behalf      )      No.: C-06-05374-JF
    of APPLE COMPUTER, INC.,                     )
2                                                )
                       Plaintiff,                )
3                                                )
          vs.                                    )
4                                                )
    FRED D. ANDERSON, et al.,                    )
5                                                )
                       Defendant,                )
6                                                )
          -and-                                  )
7                                                )
    APPLE COMPUTER, INC.,                        )
8                                                )
                       Nominal Defendant.        )
9   ─────────────────────────────────────────   )
    ALFRED RONCONI, Derivatively on Behalf       )      No. C-06-05389-JF
10  of APPLE COMPUTER, INC.,                     )
                                                 )
11                     Plaintiff,                )
                                                 )
12        vs.                                    )
                                                 )
13  STEVEN P. JOBS., et al.,                     )
                                                 )
14                     Defendant,                )
                                                 )
15        -and-                                  )
                                                 )
16  APPLE COMPUTER, INC.,                        )
                                                 )
17                     Nominal Defendant.        )
                                                 )
18  ─────────────────────────────────────────   )      No. C-06-05418-RMW
    FEIVEL GOTTLIEB, Derivatively on Behalf      )
    APPLE COMPUTER, INC.,                        )
19                                               )
                       Plaintiff,                )
20                                               )
          vs.                                    )
21                                               )
    STEVEN P. JOBS, et al.,                      )
22                                               )
                       Defendants,               )
23                                               )
          -and-                                  )
24                                               )
    APPLE COMPUTER, INC.,                        )
25                                               )
                       Nominal Defendant.        )
26  ─────────────────────────────────────────   )

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   ERICK GULSRUD, Derivatively on Behalf of          )          No. C-06-05427-RS
    Nominal Defendant APPLE COMPUTER,                  )
2   INC.,                                              )
                                                       )
3                        Plaintiff,                    )
                                                       )
4          vs.                                         )
                                                       )
5   FRED D. ANDERSON, et al.,                          )
                                                       )
6          -and-                                       )
                                                       )
7   APPLE COMPUTER, INC.,                              )
                                                       )
8                        Nominal Defendant.            )
                                                       )

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference

WHEREAS, there are currently at least eleven shareholder derivative actions on behalf of nominal defendant Apple Computer, Inc., ("Apple") pending in the Northern District of California.

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

WHEREAS, the Court has previously determined that all of the Apple derivative actions identified above, with the exception of the *Gottlieb* and *Gulsrud* actions more recently filed, are related pursuant to Local Rule 3-12(a) and all have been assigned to Judge Fogel; and

WHEREAS, the Apple shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, counsel for plaintiffs, nominal defendant Apple, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint;

WHEREAS, several plaintiffs have filed motions to be appointed lead plaintiff and the motions are scheduled for hearing on October 20, 2006;

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   WHEREAS, the parties have met and conferred and believe the interest of judicial

2   economy will be served by continuing the initial case management conference to December 8,

3   2006 at 10:30 a.m., or as soon thereafter as the Court's calendar permits; and

4   WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

5   efficiency, and will not cause prejudice to any party.

6   THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified

7   defendants, through their respective counsel of record, as follows:

8   **I.     CONSOLIDATION OF ACTIONS**

9   1.     The following actions are hereby consolidated for all purposes, including pretrial

10   proceedings, trial and appeal;

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant, et al. v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

22   2.     The caption of these consolidated actions shall be "In re Apple Computer, Inc.

23   Derivative Litigation" and the files of these consolidated actions shall be maintained in one

24   file under Master File No. C-06-04128-JF.  Any other actions now pending or later filed in

25   this Court which arise out of or are related to the same facts as alleged in the above-identified

26   cases shall be consolidated for all purposes, if and when they are brought to the Court's

27   attention.

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

3.     Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC., DERIVATIVE LITIGATION ) ) ) _____ ) ) This Document Relates To: ) ) ) _____ ) | Master File No. C-06-04128-JF |

4.     When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "The Document Relates To:" in the caption described above (*e.g.* "No. C-06-04128 JF, *Karant, et al., v. Jobs, et al.*").

5.     A Master Docket and a Master File hereby are established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket for each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.     When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No further copies need be filed, and no other docket entries need be made.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8. When a case which properly belongs as part of *In re Apple Computer, Inc., Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order by served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c) Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Apple Computer, Inc., Derivative Litigation*.

## II.   SCHEDULE

9. The case management conference is continued until December 8, 2006 at 10:30 a.m.

10. The case management statement shall be due on December 1, 2006.

11. Plaintiffs shall, no later than 45 days from the entry of an Order appointing lead plaintiff and lead counsel, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions.  Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with respect to any named defendant who has already been served with any of the pre-existing complaints in any of the consolidated actions by serving the consolidated complaint on that defendant's counsel.

12. Each defendant who has been served shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service.  In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference          4

1   and serve their opposition within 30 days after the service of defendants' motions.  If defendants

2   file and serve a reply to plaintiffs' opposition, they will do so within 15 days after service of the

3   opposition.

4          13.    Defendants' counsel may rely upon all agreements made with any Lead Counsel

5   appointed by the Court, and such agreements shall be binding on all derivative plaintiffs.

6   Defendants may satisfy their service obligations by serving the Lead Counsel.

7          IT IS SO STIPULATED.

8   Dated: October 11, 2006                  COTCHETT PITRE SIMON & McCARTHY
                                             JOSEPH W. COTCHETT
9                                            BRUCE L. SIMON
                                             PHILIP L. GREGORY
10                                           MARK C. MOLUMPHY

11

                                             _____/s/_____
12                                                  MARK C. MOLUMPHY

13                                           San Francisco Airport Office Center
                                             840 Malcolm Road, Ste. 200
14                                           Burlingame, CA 94010
                                             Telephone: (650) 697-6000
15                                           Facsimile: (650) 697-0577

16                                           Attorneys for Plaintiff Kelley Bergman

17  Dated: October 11, 2006                  SCHIFFRIN & BARROWAY, LLP
                                             ERIC L. ZAGER
18                                           SEAN HANDLER

19
                                             _____/s/_____
20  _____               SEAN HANDLER

21                                           280 King of Prussia Road
                                             Rador, PA 19087
22                                           Telephone: (610) 667-7706
                                             Facsimile: (610) 667-7056
23
                                             BRAMSON, PLUTZIK, MAHLER &
24                                           BIRKHAEUSER LLP
                                             KATHRYN A. SCHOFIELD
25                                           2125 Oak Grove Road, Ste. 120
                                             Walnut Creek, CA 94598
26                                           Telephone: (925) 945-0200
                                             Facsimile: (925) 945-8792
27
                                             Attorneys for Plaintiffs Nicholas Karant and Alecta
28                                           Pensionsforsakring, Omsesidigit

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

1    I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

2  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

3  hereby attest that Sean Handler has concurred with this filing.

4  Dated: October 11, 2006                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
5                                              TRAVIS DOWNS
                                               BENNY C. GOOMAN III
6                                              THOMAS WILHELM

7
                                                        /s/
8                                              TRAVIS DOWNS

9                                              655 West Broadway, Ste. 1900
                                               San Diego, CA 92101
10                                             Telephone: (619) 231-1058
                                               Facsimile: (619) 231-7423
11
                                               LERACH COUGHLIN STOIA GELLER
12                                             RUDMAN & ROBBINS LLP
                                               SHAWN A. WILLIAMS
13                                             MONIQUE C. WINKLER
                                               100 Pine Street, Ste. 2600
14                                             San Francisco, CA 94111
                                               Telephone: (415) 288-4545
15                                             Facsimile: (415) 288-4534

16                                             BARRETT, JOHNSTON & PARSLEY
                                               GEORGE E. BARRETT
17                                             DOUGLAS S. JOHNSTON, JR.
                                               TIMOTHY L. MILES
18                                             217 Second Avenue, North
                                               Nashville, TN 37201-1601
19                                             Telephone: (615) 244-2202
                                               Facsimile: (615) 252-3798
20
                                               Attorneys for Plaintiffs Douglas Holbert, Pirelli
21                                             Armstrong Tire Corporation Retiree Medical
                                               Benefits Trust, and Jeffrey Alecci
22
       I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
23
   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
24
   hereby attest that Travis Downs has concurred with this filing.
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                               6

1    Dated: October 11, 2006                  GLANCY BINKOW & GOLDBERG LLP
                                              PETER A. BINKOW
2

3                                             _____/s/_____
                                              PETER A. BINKOW
4

5                                             1801 Avenue of the Stars, Ste. 311
                                              Los Angeles, CA 90067
6                                             Telephone: (310) 201-9150
                                              Facsimile: (310) 201-9160

7                                             CHIMICLES & TIKELLIS LLP
                                              One Rodney Square
8                                             P.O. Box 1035
                                              Wilmington, DE 19899-1035
9                                             Telephone: (302) 656-2500
                                              Facsimile: (302) 656-9053
10

11                                            THE MILLER LAW FIRM, P.C.
                                              DAVID H. FINK
12                                            950 West University Drive, Ste. 300
                                              Rochester, MI 48307
13                                            Telephone: (248) 841-2200
                                              Facsimile: (248) 652-2852

14                                            Attorneys for Plaintiffs Michael Priebe and Cynthia
                                              Priebe
15

16           I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

17   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

18   hereby attest that Peter A. Binkow has concurred with this filing.

     Dated: October 11, 2006                  KELLER ROHRBACK LLP
19                                            JULI E. FARRIS
                                              ELIZABETH A. LELAND
20                                            CARI C. LAUFENBERG

21

22                                            _____/s/_____
                                              JULI E. FARRIS
23
                                              1201 Third Avenue, Ste. 3200
24                                            Seattle, WA 98101-3052
                                              Telephone: (206) 623-1900
25                                            Facsimile: (206) 623-3384

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   KELLER ROHRBACK PLC
    GARY A. GOTTO
2   National Bank Plaza
    3101 North Central Avenue, Ste. 900
3   Phoenix, AZ 85012
    Telephone: (602) 248-0088
4   Facsimile: (602) 248-2822

5   LOVITT & HANNAN, INC.
    RONALD LOVITT
6   J. THOMAS HANNAN
    HENRY I. BORNSTEIN
7   900 Front Street, Ste. 300
    San Francisco, CA 94111
8   Telephone: (415) 362-8769
    Facsimile: (415) 362-7528
9
    LOCKRIDGE GRINDAL NAUEN, PLLP
10  KAREN HANSON RIEBEL
    100 Washington Avenue, So., Ste. 2200
11  Minneapolis, MN 55401
    Telephone: (612) 339-6900
12  Facsimile: (612) 339-0981

13            Attorneys for Plaintiff Phyllis Jones

14       I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

15  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

16  hereby attest that Juli E. Farris has concurred with this filing.

17  Dated: October 11, 2006          SCOTT + SCOTT LLC
                                      ARTHUR L. SHINGLER III
18

19                                        /s/
                                      ARTHUR L. SHINGLER
20
                                      600 B Street, Ste. 1500
21                                    San Diego, CA 92101
                                      Telephone: (619) 233-4565
22                                    Facsimile: (619) 233-0508

23                                    SCOTT + SCOTT LLC
                                      DAVID R. SCOTT
24                                    108 Norwich Avenue
                                      P.O. Box 192
25                                    Colchester, CT 06415
                                      Telephone: (860) 537-5537
26                                    Facsimile: (860) 537-4432

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

SCOTT + SCOTT LLC
GEOFFREY M. JOHNSON
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

Attorneys for Plaintiff Isabel Lui

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Arthur R. Shingler has concurred with this filing.

Dated: October 11, 2006          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                 RICHARD M. HEINMANN
                                 ELIZABETH J. CABRASER
                                 JOY A. KRUSE
                                 BRUCE W. LEPPLA
                                 PETER E. LECKMAN


                                          /s/
                                 JOY A. KRUSE

                                 Embarcadero Center West
                                 275 Battery Street, 30th Floor
                                 San Francisco, CA 94111
                                 Telephone: (415) 956-1000
                                 Facsimile: (415) 956-1008

                                 GREENFIELD & GOODMAN LLC
                                 RICHARD D. GREENFIELD
                                 7426 Tour Drive
                                 Easton, MD 21601
                                 Telephone: (410) 745-4149

                                 Attorneys for Plaintiff Alfred Ronconi

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Joy Kruse has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                                      9

1   Dated: October 11, 2006              KELLER GROVER LLP
                                       JEFFREY F. KELLER

2

3                                            /s/
                                       JEFFREY F. KELLER
4

5                              425 Second Street, Ste. 500
                                       San Francisco, CA 94107
6                              Telephone: (415) 543-1305
                                       Facsimile: (415) 543-7861
7

8                              ZIMMERMAN LEVI & KORSINSKY LLP
                                       Edward Korsinsky
9                              39 Broadway, Ste. 1601
                                       New York, NY 10006
10                           Telephone: (212) 363-7500
                                        Facsimile: (212) 363-7171
11

                              Attorneys for Plaintiff Feivel Gottlieb
12

13       I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

hereby attest that Jeffrey F. Keller has concurred with this filing.

14   Dated: October 11, 2006            THE GARCIA LAW FIRM
                                       STEPHEN M. GARCIA
15                              SARINA HINSON

16

17                                   /s/
                                       SARINA HINSON
18                              One World Trade Center, Ste. 1950
                                       Long Beach, CA 90831
19                              Telephone: (562) 216-5270
                                       Facsimile: (562) 216-5271
20

21                              SEGAL MCCAMBRIDGE SINGER &
                                       MAHONEY, LTD
22                            STEVEN A. HART
                                       One IBM Plaza, Ste. 200
23                            330 North Wabash
                                       Chicago, IL 60611
24                            Telephone: (312) 645-7912
                                       Facsimile: (312) 645-7711
25

                              Attorneys for Plaintiff Erick Gulsrud
26       I, Mark C. Molumphy, am the ECF User whose ID and password are being used to file

27 this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

28 I hereby attest that Sarina Hinson has concurred in this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference       10

1    Dated: October 11, 2006                    O'MELVENY & MYERS LLP
                                                GEORGE A. RILEY
2                                               LUANN L. SIMMONS
                                                DALE EDMONDSON
3

4                                               _____/s/_____
                                                DALE EDMONDSON
5
                                                275 Battery Street, Ste. 2600
6                                               San Francisco, CA 94111-3305
                                                Telephone: (415) 984-8700
7                                               Facsimile: (415) 984-8701

8                                               Attorneys for Nominal Defendant Apple Computer,
                                                Inc., and Defendants Fred D. Anderson, James J.
9                                               Buckley, Robert Calderoni, William V. Campbell,
                                                Timothy D. Cook, Guerrino De Luca, Ian Diery,
10                                              Millard Drexler, Daniel L. Eilers, Lawrence J.
                                                Ellison, Frederick Forsyth, Albert Gore, Steven P.
11                                              Jobs, Ronald B. Johnson, Arthur D. Levinson,
                                                Mitchell Mandich, Peter Oppenheimer, Jonathan
12                                              Rubenstein, Avadis Tevanian, Jr., and Jerome B.
                                                York
13

14          I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

15   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL

16   PURPOSE.  In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson

17   has concurred with this filing.

18

19                                          **ORDER**

20          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

21
22   Dated: ___ 10/13/06 _____.
                                                _____
23                                              THE HONORABLE JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY